NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Travis Middleton
27 West Anapamu Street No. 153
Santa Barbara, California 93101
805-284-6562

ATTORNEY(S) FOR: PLAINTIFF[S]



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Travis Middleton, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | LA CV16 05224-SVW AGR |
| Richard Pan, et al. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Travis Middleton_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Travis Middleton | Plaintiff |
| Eric Durak | Plaintiff |
| Jade Middleton | Plaintiff |
| Julianna Pearce | Plaintiff |
| Candyce Estave | Plaintiff |
| Denise Michelle Derusha | Plaintiff |
| Melissa Christou | Plaintiff |
| Andrea Lewis | Plaintiff |
| Rachil Vincent | Plaintiff |
| Jackie Kozak | Plaintiff |
| Don Demanlevesde | Plaintiff |
| Jessica Haas | Plaintiff |
| Paige Murphy | Plaintiff |

7/15/2015
Date

_Travis Middleton_ (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

Travis Middleton

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Travis Middleton
27 West Anapamu Street No. 153
Santa Barbara, California 93101
805-284-6562

ATTORNEY(S) FOR: PLAINTIFF[S]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Travis Middleton, et al.

Plaintiff(s),

v.

Richard Pan, et al.

Defendant(s)

CASE NUMBER:

LA CV16 05224

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                Travis Middleton
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christie Macias | Plaintiff |
| Lori Stranz | Plaintiff |
| Anwanur Geilow | Plaintiff |
| Lisa Ostendorf | Plaintiff |
| JulieAnne Whitney | Plaintiff |
| Pam Corner | Plaintiff |
| Jodie Trsserand | Plaintiff |
| Andy Taft | Plaintiff |
| Alice Tropper | Plaintiff |
| Bret Nielsen | Plaintiff |
| Brent Haas | Plaintiff |
| Murid Rosensweet | Plaintiff |
| Marina Read | Plaintiff |

7/15/2015
Date

*(signature: Travis Middleton)*
Signature

Attorney of record for (or name of party appearing in pro per):

Travis Middleton