# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5224-SVW (AGR) | Date | July 21, 2016 |
|---|---|---|---|
| Title | Travis Middleton, et al. v. Richard Pan, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant |
| None | | None |

**Proceedings:**     **In Chambers: ISSUE OF REPRESENTATION OF PLAINTIFFS**

Twenty-six Plaintiffs, proceeding *pro se*, filed this action challenging California's Senate Bill ("SB") 277, which closes certain available exemptions to the general requirements that students seeking to enroll in California schools must be vaccinated.

The court notes that paragraph 10 of the complaint alleges as follows:

> Plaintiff Travis Middleton, Private Attorney General ex rel[.], is a private citizen . . . [who] appears on behalf of *others similarly situated* throughout the California area.

(Emphasis in original.)

Plaintiff does not allege that he is a licensed attorney. A person who is not an attorney may not appear in court on behalf of another person or class of persons. Local Rule 83-2.1.1; *see also* Local Rule 83-2.1.2.1 (admission to this court limited to "persons of good moral character who are active members in good standing of the State Bar of California").

"Any person representing himself or herself in a case without an attorney must appear *pro se* for such purpose. That representation may not be delegated to any other person – even a spouse, relative, or co-party in the case." Local Rule 83-2.2.1. Accordingly, each plaintiff represents only himself or herself in this case.

Initials of Preparer     mp