UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-05224-SVW-AGR | Date | September 22, 2016 |
|---|---|---|---|
| Title | Travis Middleton, et al. v. Richard Pan, et al. | | |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER SETTING INITIAL STATUS CONFERENCE

This Court will hold a status conference in Courtroom 6 in front of Judge Wilson on September 26, 2016 at 2:00 p.m.

For case management purposes, and because this Court believes the issues presented are the same for each Plaintiff and Defendant, only a representative for Travis Middleton needs to appear for the Plaintiffs. Further, only a representative from the Attorney General of California's office needs to appear for Defendant.

Defense counsel shall make best efforts to serve all plaintiffs with this order.

:

Initials of Preparer   PMC