Travis Middleton
27 West Anapamu Street # 153
Santa Barbara, California [93103]
Travis_m_93101@yahoao.com
(805) 284-6562



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Travis Middleton, et al., </br>       Plaintiff(s), </br> </br> vs. </br> </br> Richard Pan, et al. </br>       Defendant(s) | ) Incorporated </br> ) Case No.: 2:16-cv-05224-SVW-AGR </br> ) </br> ) NOTICE TO THE COURT OF </br> ) PLAINTIFFS' VOLUNTARY </br> ) DISMISSAL OF DEFENDANTS </br> ) Kevin McCarthy and Judy McCarthy </br> ) </br> ) Fed. Rule Civ. Proc. 41(a)(1)(A)(i) </br> ) |

COMES NOW:

Plaintiffs, in the above encaptioned matter, to notice this honorable Court of Plaintiffs' election to dismiss all claims against named defendants Kevin McCarthy and Judy McCarthy in this case incorporation No. 2:16-cv-05224-SVW-AGR without prejudice.

Respectfully submitted

                                                            Dated this October 18, 2016

1  I

3  I

Respectfully submitted,

Travis Middleton
Plaintiff, Pro Se

By: _____
Eric Durak
Plaintiff, Pro Se

By: _____
Jade Baxter
Plaintiff, Pro Se

By: _____
Julianna Pearce
Plaintiff, Pro Se

By: _____
Candyce Estave
Plaintiff, Pro Se

By: _____
Denise Michele Derusha
Plaintiff, Pro Se

By: _____
Melissa Christou
Plaintiff, Pro Se

By: _____
Andrea Lewis
Plaintiff, Pro Se

By: _____
Rachil Vincent
Plaintiff, Pro Se

By: _____
Jessica Haas
Plaintiff, Pro Se

By: _____
Paige Murphy
Plaintiff, Pro Se

By: _____
Lori Strantz
Plaintiff, Pro Se

By: _____
Anwanur Gielow
Plaintiff, Pro Se

By: _____
Lisa Ostendorf
Plaintiff, Pro Se

By: _____
Alice Tropper
Plaintiff, Pro Se

By: _____
Bret Nielsen
Plaintiff, Pro Se

By: _____
Brent Haas
Plaintiff, Pro se

By: _____
Muriel Rosensweet
Plaintiff, Pro Se

By: _____
Marina Read
Plaintiff, Pro Se

## CERTIFICATE OF SERVICE

This is to certify that I have on this 18th day of October, 2016 placed a true and correct copy of the:

PLAINTIFFS' NOTICE TO THE COURT OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS Kevin McCarthy and Judy McCarthy pursuant to Fed. Rules of Civ. Proc. 41(a)(1)(A)(i):

by depositing the same in the U.S. Mails;

To: Marine Pogosyan, Clerk to Magistrate Judge Alicia G. Rosenberg, United States District Court Central District of California, Western Division, 312 North Spring Street room G-8 Los Angeles, California 90012.

**And;** to

Kevin McCarthy and Judy McCarthy at, 4100 Empire Drive Suite 150 Bakersfield, California 93309.

I declare under penalty of perjury that the above is true and correct.

Travis Middleton
27 West Anapamu Street No. 153
Santa Barbara, California 93103

Travis Middleton
c/o 27 West Anapamu #153
Santa Barbara, California Republic [93101]

U.S. POSTAGE PAID
GOLETA, CA 93199
OCT 18, 16
AMOUNT $1.78
R2304H108306-06





RECEIVED COURT
OCT 20 2016
CLERK U.S. DISTRICT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Marie Pogosyan, Clerk to Magistrate Judge Rosenberg
U.S. District Court
Western Division
312 North Spring Street
Rm G-8
Los Angeles, CA 90012