**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TRAVIS MIDDLETON, et al.

Plaintiff(s),

v.

RICHARD PAN, et al.

Defendant(s).

CASE NUMBER:

2:16−cv−05224−SVW−AGR

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 10/26/2016 | 104 & 106 | Certificate of Service / Proof of Service |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: October 27, 2016

By: /s/ *Karl Lozada*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*