UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5224-SVW (AGR) | Date | December 13, 2016 |
|---|---|---|---|
| Title | Travis Middleton, et al. v. Richard Pan, et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | CS 12/13/2016 | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendant |
|---|---|
| Travis Middleton, Pro Se | Jonathan R. Rich, Deputy Attorney General |
| | Jacquelyn Y. Young, Deputy Attorney General |
| | Cara L. Jenkins, Deputy Legislative Counsel |

**Proceedings:**     **DEFENDANTS' MOTIONS TO DISMISS**

The case is called. Plaintiff Middleton states his appearance. Jonathan R. Rich, Deputy Attorney General, and Jacquelyn Y. Young, Deputy Attorney General appear on behalf of the State, Governor Brown and First Lady Gust. Cara L. Jenkins, Deputy Legislative Counsel, appears on behalf of the Legislative Defendants.

The Court questions the parties and hears oral arguments as reflected on the record. The Court takes the motions under submission.

0:40

Initials of Preparer     mp