UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIDDLETON, et al., | NO. CV 16-5224-SVW (AGR) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RICHARD PAN, et al., | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge, the document entitled "Refusal for Fraud" filed by Plaintiffs (which the court construes as objections), and Defendants' responses. (Dkt. Nos. 127, 130-132.) The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the following defendants: Dan Baker, Robbie Black, Robbie Block, Cindy Block, Candace Chen, Kristen Cooper, George Eskin, Sky Hill, Douglas Jackson, Annie Lam, Sue Lemke, Kevin McCarthy, Judy McCarthy, Erika McGuire, Diana Nazarian, Laura L. Quirk, Kathy Stone, Jane Wood and Pat or Pak Lafkas are dismissed without prejudice under Fed. R. Civ. P. 4(m); (2) Defendants'

motion to dismiss the First Amended Complaint is granted with leave to amend; and (3) the Clerk is directed to file the Second Amended Complaint received on January 9, 2017.

     IT IS FURTHER ORDERED that Defendants shall respond to the Second Amended Complaint within 30 days after the entry of this Order.

DATED: July 13, 2017

STEPHEN V. WILSON
United States District Judge