KAMALA D. HARRIS
Attorney General of California
JENNIFER M. KIM
ELIZABETH S. ANGRES
Supervising Deputy Attorneys General
ELIZABETH G. O'DONNELL (SBN 162453)
JONATHAN E. RICH (SBN 187386)
JACQUELYN Y. YOUNG (SBN 306094)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-2000
  Fax:  (213) 897-2805
  E-mail:  Elizabeth.ODonnell@doj.ca.gov
  E-mail:  Jonathan.Rich@doj.ca.gov
  E-mail:  Jacquelyn.Young@doj.ca.gov

*Attorneys for Defendants the State of California,
Governor Edmund G. Brown, Jr., Anne Gust, and
Deputy Attorneys General Jonathan E. Rich and
Jacquelyn Y. Young*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Travis Middleton, et al.,** | 2:16-cv-05224-SVW-AGR |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION BY DEFENDANTS STATE OF CALIFORNIA, GOVERNOR BROWN, ANNE GUST, AND DEPUTY ATTORNEYS GENERAL JONATHAN E. RICH AND JACQUELYN Y. YOUNG, TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| **v.** | |
| **Richard Pan, et al.,** | |
| Defendants. | **[Fed. R. Civ. P. 12(b)(6)]** |
| | **[Filed Concurrently with Memorandum of Points and Authorities]** |
| | Date:          September 11, 2017<br>Time:          1:30 p.m.<br>Courtroom:  10A  (First Street Courthouse)<br>Judge:        Hon. Stephen V. Wilson<br>Trial Date:  None Set<br>Action Filed: July 15, 2016 |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Monday, September 11, 2017, at 1:00 p.m., in the above-entitled Court, located at Courtroom 10A, First Street Courthouse, 350 W. 1st Street, Courtroom 10th Floor, Los Angeles, California 90012, Defendants State of California, Governor Edmund G. Brown, in his official capacity, Anne Gust, and Deputy Attorneys General Jonathan E. Rich and Jacquelyn Y. Young (collectively, Defendants), will and hereby do move this Court for an order dismissing Plaintiffs' Second Amended Complaint (ECF No. 136) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the following grounds:

1. Plaintiffs' Second Amended Complaint should be dismissed in its entirety because it fails to cure or even address any of the deficiencies of their First Amended Complaint, as detailed in the Magistrate's Report and Recommendation dated December 15, 2016 (ECF No. 123), approved and adopted by this Court on July 13, 2017 (ECF No. 135).

2. Plaintiffs' claims against the State of California are barred under the Eleventh Amendment.

3. Plaintiffs' claims against Governor Brown are barred under the Eleventh Amendment, the doctrine of legislative immunity, and the doctrine of immunity under *Eastern Railroad Presidents Conference v. Noerr Motor Freight, Inc.*, 365 U.S. 127, 135 (1961) and *United Mine Workers v. Pennington*, 381 U.S. 657, 670 (1965) (*Noerr-Pennington*).

4. Plaintiffs' claims against Deputy Attorneys General Jonathan E. Rich and Jacquelyn Y. Young are barred on the grounds that they are government attorneys who are immune from suit for conduct in the performance of their official duties.

5. Plaintiffs fail to assert a plausible claim against any of the moving Defendants for a violation of Plaintiffs' constitutional rights because the

Legislature's enactment of California Senate Bill 277 (SB 277) is constitutional under federal and state law, which for decades has consistently held that (a) a state's exercise of its police powers in protecting the public from communicable diseases is rationally based; and (b) states have a compelling interest in requiring children to be vaccinated before entering school.

6. Plaintiffs fail to state plausible claims for relief against all of the moving Defendants under the federal Racketeer Influenced and Corrupt Organizations (RICO) statutes.

7. Plaintiffs' claim for intentional infliction of emotional distress against all of the moving Defendants fails to state a claim upon which relief may be granted. [1]

This Motion is made following the conference of Defendants' counsel and Plaintiffs pursuant to Local Rule 7-3, which took place on August 3 and 7, 2017.

This Motion is and will be based upon this Notice, the Memorandum of Points and Authorities submitted herewith, upon the Court's file in this action, and all matters which may properly be the subject of judicial notice.

///
///
///
///
///
///

---

[1] Plaintiffs identify Governor Edmund G. Brown by his position of "Governor of California," as distinct from other Defendants who are identified as "Legislator Defendants" and are sued in both their individual and official capacities. Thus, this motion is brought by Defendant Brown in the capacity in which he has been sued and served.

1    Dated:  August 10, 2017                Respectfully submitted,

2                                           XAVIER BECERRA
                                            Attorney General of California
3                                           JENNIFER M. KIM
                                            ELIZABETH S. ANGRES
4                                           Supervising Deputy Attorneys General
                                            ELIZABETH G. O'DONNELL
5                                           JACQUELYN Y. YOUNG
                                            Deputy Attorneys General
6

7                                           */s/ Jonathan E. Rich*
8                                           JONATHAN E. RICH
                                            Deputy Attorney General
9                                           *Attorneys for Defendants*
                                            *Governor Edmund G. Brown, Jr.,*
10                                          *Anne Gust, and the State of California*

11   Dated:  August 10, 2017                XAVIER BECERRA
                                            Attorney General of California
12                                          ELIZABETH S. ANGRES
                                            Supervising Deputy Attorney General
13

14

15                                          */s/ Elizabeth G. O'Donnell*
16                                          ELIZABETH G. O'DONNELL
                                            Deputy Attorney General
17                                          *Attorneys for Defendants*
                                            *Deputy Attorneys General Jonathan E.*
18                                          *Rich and Jacquelyn Y. Young*

19

20   *Pursuant to Local Rule 5-4.3.4 (a) (2) (i), the filer of this document attests that all
     other signatories listed on whose behalf the filing is submitted concur in the filing's
21   content and have authorized the filing.

22   */s/ Jonathan E. Rich*
     JONATHAN E. RICH
23

24

25   LA2016602117
     12776698
26

27

28

                                            4

# CERTIFICATE OF SERVICE

| Case Name: | Middleton, et al. v. Pan et al. | No. | 2:16-cv-05224-SVW-AGR |
|---|---|---|---|

I hereby certify that on <u>August 10, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF MOTION AND MOTION BY DEFENDANTS STATE OF CALIFORNIA, GOVERNOR BROWN, ANNE GUST, AND DEPUTY ATTORNEYS GENERAL JONATHAN E. RICH AND JACQUELYN Y. YOUNG, TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  On August 10, 2017, I caused to be delivered the foregoing document(s) via email to Plaintiff Travis Middleton, by agreement with him, to the following address: Travis_m_93101@yahoo.com.

On August 10, 2017, I caused to be delivered the foregoing document(s) by first class mail to the following non-CM/ECF participants:

**SEE ATTACHED SERVICE LIST.**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 10, 2017</u>, at Los Angeles, California.

| Jonathan E. Rich | /s/ Jonathan E. Rich |
|---|---|
| Declarant | Signature |

SERVICE LIST

| | |
|---|---|
| Travis Middleton<br>27 West Anapamu Street, No. 153<br>Santa Barbara, CA  93101 | Paige Murphy<br>2230 Memory Lane<br>West Lake Village, CA  91361 |
| Jade Baxter<br>207 West Victoria Street<br>Santa Barbara, CA  93101 | Bret Nielson<br>2230 Memory Lane<br>West Lake Village, CA  91361 |
| Melissa Christou<br>1522 Knoll Circle Drive<br>Santa Barbara, CA  93101 | Lisa Ostendorf<br>5459 Place Court<br>Santa Barbara, CA  93111 |
| Don Demanlevesde<br>618 West Ortega<br>Santa Barbara, CA  93111 | Julianna Pearce<br>28780 My Way<br>Oneals, CA  93645 |
| Denise Michelle Derusha<br>7125 Santa Ysabel, Apt. 1<br>Atascadero, CA  93422 | Murid Rosensweet<br>2230 Memory Lane<br>West Lake Village, CA  91361 |
| Eric Durak<br>133 Campo Vista Drive<br>Santa Barbara, CA  93111 | Marina Read<br>322 Pebble Beach Drive<br>Goleta, CA  93117 |
| Candyce Estave<br>430 East Rose Avenue<br>Santa Maria, CA  93454 | Lori Strantz<br>120 Barranca No. B<br>Santa Barbara, CA 93109 |
| Anwanur Gielow<br>390 Park Street<br>Buelton, CA  93427 | Alice Trooper<br>1805 Mountain Avenue<br>Santa Barbara, CA  93101 |
| Brent Haas<br>2715 Verde Vista<br>Santa Barbara, CA  93105 | Rachil Vincent<br>4320 Viua Presada<br>Santa Barbara, CA  93110 |
| Jessica Haas<br>2715 Verde Vista<br>Santa Barbara, CA 93105 | JuliaAnne Whitney<br>55 Chrestview Lane<br>Montecito, CA  93108 |
| Andrea Lewis<br>1331 Santa Barbara Street, No. 10<br>Santa Barbara, CA  93101 | |