Travis Middleton
27 West Anapamu St. #153
Santa Barbara, California [93101]
Telephone: 805-284-6562
Email: travis_m_93101@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRAVIS MIDDLETON, ET AL.,<br>Plaintiff (Misnomer(s));<br>Travis Middleton, et al.<br>　　　　Plaintiffs/Applicants,<br><br>vs.<br><br>RICHARD PAN, et al.<br>　　　　Defendant(s). | **PLAINTIFFS' APPLICATION FOR DEFAULT BY CLERK PURSUANT TO**<br>**Fed. R. Civ. P. 55(a), Common Law & UCC 1-103.6**<br><br>This Application is filed under the American Free Flag of peace of the united states of America. No jurisdiction under any American flags of war will be accepted in this Case Incorporation<br><br>Incorporated Case No. 2:16-cv-05224-SVW-AGR<br><br>Date: September 14, 2017<br>Court Room 10A, Tenth Floor<br>First Street Court House<br>Hon. Stephen V. Wilson<br><br>Oral Argument vacated |

TO THE CLERK OF THE ABOVE ENTITLED COURT

- 1 -

Plaintiffs, Applicants and Parties Injured, Travis Middleton, Eric Durak, Jade Baxter, Julianna Pearce, Candyce Estave, Denise Michele Derusha, Melissa Christou, Andrea Lewis, Rachil Vincent, Jessica Haas, Paige Murphy, Lori Strantz, Anwanur Gielow, Lisa Ostendorf, Alice Tropper, Bret Nielsen, Brent Haas, Muriel Rosensweet and Marina Read, hereby requests that the Clerk of the above-entitled Court enter a default in this matter against defendant Alicia G. Rosenberg on the grounds that said defendant, has failed to appear or otherwise respond to Plaintiffs' complaint within the time prescribed by this Court's Order given on July 13, 2017 (See attached Under **Exhibit A**) Docket No. 135.

  The above stated facts are set forth in the accompanying Declaration of Plaintiff Travis Middleton filed herewith.

Dated: September 19, 2017

                 */s/ Travis Middleton*
                 Travis Middleton
                 Plaintiff, Pro Se

Travis Middleton
27 West Anapamu St. #153
Santa Barbara, California [93101]
Telephone: 805-284-6562
Email: travis_m_93101@yahoo.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TRAVIS MIDDLETON, ET AL., Plaintiff (Misnomer(s)); Travis Middleton, et al. Plaintiffs/Applicants, vs. RICHARD PAN, et al. Defendant(s). | **DECLARATION OF Travis Middleton, PARTY INJURED'S REQUEST TO ENTER DEFAULT BY CLERK PURSUANT TO Fed. R. Civ. P. 55(a), Common Law & UCC 1-103.6**<br><br>This Declaration/Application is filed under the American Free Flag of peace of the united states of America. No jurisdiction under any American flags of war will be accepted in this Case Incorporation<br><br>Incorporated Case No. 2:16-cv-05224-SVW-AGR<br><br>Date: September 14, 2017<br>Court Room 10A, Tenth Floor<br>First Street Court House<br>Hon. Stephen V. Wilson<br><br>Oral Argument vacated |

I, Travis Middleton, hereinafter Party Injured, being duly sworn according to law, having first-hand knowledge of the facts herein, and being competent to testify, do affirm that the facts herein are stated by the Party Injured, and are true, correct and complete, stated under the penalties of perjury pursuant to the laws of the united States of America. I submit this declaration in support of Plaintiffs/Party Injured's request for default.

**1).** I know all men by these presents, Travis Middleton, brings this Declaration/Application for relief pursuant to F.R.C.P. 55(a), U.C.C. 1-103.6 for the people of the united States of America, under the American Flag of peace, without an attorney, ex rel. and states:

**2).** Ex rel.: for the people of the united states; "…But it is the manner of enforcement which gives Title 42 U.S.C. 1983 its unique importance, for the enforcement is placed in the hands of the people." Each citizen, "acts as a private attorney general who takes on the mantle of the sovereign, guarding for all of us the individual liberties enunciated in the constitution." Section 1983 represents a balancing feature in our government structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special importance that suits brought under this statute be resolved by a determination of truth." Wood v. Breir, 54 F.R.D. 7, (1972).

**3).** Definition: "Case Incorporated", the formation of a legal body, with the quality of perpetual existence and succession. (2). Consisting of an association of numerous individuals. (3). Matters relating to the common purpose of the association, within the scope of the powers and authorities conferred upon such bodies with the quality of perpetual existence and successions. Ref. Black's Law Dictionary 67th, Pg. 690. "Case Incorporation" will establish the legal bounds of the members of this lawful assembly to solve a specific "Case Number" and the issues in motion.

**4).** Hereinafter:

- 4 -

F.R.C.P. = Federal Rules of Civil Procedure.

U.S.C.A. = United States Code Annotated.

U.S.C.S. = United States Code Service.

F.R.D. = Federal Rules Decision.

* F.R.C.P. Rule 4. Process, (a) Summons, (b) Form, (c) Service, (d) Summons and Complaint, (g) Return Proof, (h) Amendments, (j) Time; F.R.C.P. Rule 5 Service, (a) Required (d) Filing certificate.

* F.R.C.P. Rule 6 Time, (a) Computation (d) Motions and Affidavits.

* F.R.C.P. Rule 7 Pleadings, (a) Pleadings (b) Motions.

* F.R.C.P. Rule 8 Rules of Pleadings, (a) Claim for Relief (b) Defense form of Denials (c) Affirmative Defense (d) Failure to deny (e) Pleading concise.

* F.R.C.P. Rule 9 Pleading special (b) Fraud (e) Judgments (f) Time and place (g) Special damage.

* F.R.C.P. Rule 10 Form of Pleadings (a) Captions (b) Paragraphs.

* F.R.C.P. Rule 11 Signing of Pleadings, Sanctions.

* F.R.C.P. Rule 12 (a) Time of presented (b) How presented (c) Motion, Judgment on Pleadings (f) Motion to Strike (h) Waiver (Subject Matter).

* F.R.C.P. Rule 15 Amended and Supplemental Pleadings a.b.c.d.

    * F.R.C.P. Rule 16, (f) Sanctions (No contract, no fees).

    * F.R.C.P. Rule 18, and 19 Joinder.

    * F.R.C.P. Rule 24, Title 28, U.S.C. 2403 – Challenging Constitutionality.

    * F.R.C.P. Rule 38, Trial by Jury.

    * F.R.C.P. Rule 41, Dismissal of Action Voluntarily.

    * F.R.C.P. Rule 49, Issues sent to Jury by Demand.

    * F.R.C.P. Rule 50, New Trial.

    * F.R.C.P. Rule 54, Demand for Judgment.

    * F.R.C.P. Rule 55, Default.

    * F.R.C.P. Rule 56, Summary Judgment.

5). Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs', Party Injured's 2nd Amended Complaint face page. The 2nd Amended complaint was filed into the record of this incorporated case on January 9, 2017 for VIOLATION OF THE RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO") 18 U.S.C. §§ 1961, 1962(a)(b)(c), 1964 (a)(c) and 42 U.S.C. 1983, 1986.

6). By Order issued by this Court on July 13, 2017, the defendants were required to respond, answer, or otherwise plead to Plaintiffs' 2nd Amended complaint within thirty (30) days from date of this Order (August 16, 2017). Counsels for all other defendants have complied with this Order. Defendant Alicia G. Roseneberg has neither appeared by counsel or otherwise filed any kind of response. Neither defendant Rosenberg nor anyone claiming to represent defendant Rosenberg has contacted any of the Plaintiffs to request an extension of time to respond to the 2nd Amended complaint.

8). The claim of Plaintiffs, Parties Injured is:

a). Restitution in the amount of $15,200.000.00 U.S. dollars against all Defendants jointly and severably Pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971); 42 U.S.C. §§ 1983 & 1986; Common Law under Cal. Civ. Code 22.2, UCC 1-103.6; 18 U.S.C. § 1961(1) by engaging in Obstruction of Justice in violation of 18 U.S.C. § 1503; 18 U.S.C. § 1951 relating to interference with commerce, robbery, or extortion; and, further engaged in a Conspiracy to Racketeer in violation of section 1951 of section 1961 and 1962(d);

For restitution under Civil Rights violations pursuant to the holdings of: Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958);

b). Preliminary and permanent injunction against Defendant from the unlawful, poisons and genocide inflicted upon the Plaintiffs and Plaintiffs' offspring by the so-called vaccine bill known as SB277.

c). Preliminary and permanent injunction against Defendant from conspiring to create more legislation that mandates poisons upon the public by any government initiative.

d). Declaratory order that the SB277 is void under united States law pursuant to the supremacy clause of the united States constitution and the foot notes of Adamson v. California 332 U.S. 46 (1947); *state law cannot violate the federal constitution for it would be null and void.*

e). Declaratory order that the Defendants' acts, policies, and practices described herein violate plaintiff's rights under the United States Constitution at Amendments 1, 4, 5, 9, 14;

f). Plaintiffs' Party Injured's cost of this suit;

j). Plus interest of the judgment at the legal right until the judgment is satisfied.

Dated this 18th day of September, 2017

*[signature]*
Travis Middleton

Now, therefore, on request of Plaintiffs, Parties Injured, the DEFAULT of the following named defendant is hereby entered:

| Alicia G. Rosenberg | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Clerk, U. S. District Court

By _____
Date                    Deputy Clerk

## VERIFICATION

We, Travis Middleton, Eric Durak, Jade Baxter, Julianna Pearce, Candace Estave, Denise Michele Derusha, Melissa Christou, Andrea Lewis, Rachil Vincent, Don Demanlevesde, Jessica Haas, Paige Murphy, Lori Strantz, Anwanur Gielow, Lisa Ostendorf, Julia Anne Whitney, Alice Tropper, Bret Nielsen, Brent Haas, Muriel Rosensweet, and Marina Read are Plaintiffs and Parties Injured in the above-titled action. We have read the foregoing Complaint and know the contents thereof. The same is true of our own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, we believe them to be true.

I/we declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Barbara, California.

Respectfully submitted,

By: _____
Travis Middleton
Plaintiff, Pro Se

By: _____
Eric Durak
Plaintiff, Pro Se

By: _____
Jade Baxter / Julianne Whitney
Plaintiff, Pro Se

By: _____
Julianna Pearce
Plaintiff, Pro Se

By: _____
Candyce Estave
Plaintiff, Pro Se

By: _____
Denise Michele Derusha
Plaintiff, Pro Se

By: _____
Melissa Christou
Plaintiff, Pro Se

By: _____
Andrea Lewis
Plaintiff, Pro Se

By: _____
Rachil Vincent
Plaintiff, Pro Se

By: _____
Jessica Haas
Plaintiff, Pro Se

By: _____
Paige Murphy
Plaintiff, Pro Se

By: _____
Lori Strantz
Plaintiff, Pro Se

By: _____
Anwanur Gielow
Plaintiff, Pro Se

By: _____
Lisa Ostendorf
Plaintiff, Pro Se

By: _____
Alice Tropper
Plaintiff, Pro Se

By: _____
Bret Nielsen
Plaintiff, Pro Se

By: _____
Brent Haas
Plaintiff, Pro se

By: _____
Muriel Rosensweet
Plaintiff, Pro Se

By: _____
Marina Read
Plaintiff, Pro Se

By: _____
Don Demanlevesde
Plaintiff Pro Se

# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRAVIS MIDDLETON, et al., | ) | NO. CV 16-5224-SVW (AGR) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| RICHARD PAN, et al., | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge, the document entitled "Refusal for Fraud" filed by Plaintiffs (which the court construes as objections), and Defendants' responses. (Dkt. Nos. 127, 130-132.) The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the following defendants: Dan Baker, Robbie Black, Robbie Block, Cindy Block, Candace Chen, Kristen Cooper, George Eskin, Sky Hill, Douglas Jackson, Annie Lam, Sue Lemke, Kevin McCarthy, Judy McCarthy, Erika McGuire, Diana Nazarian, Laura L. Quirk, Kathy Stone, Jane Wood and Pat or Pak Lafkas are dismissed without prejudice under Fed. R. Civ. P. 4(m); (2) Defendants'

Case 2:16-cv-05224-SVW-AGR Document 135 Filed 07/13/17 Page 2 of 2 Page ID #:2199

motion to dismiss the First Amended Complaint is granted with leave to amend; and (3) the Clerk is directed to file the Second Amended Complaint received on January 9, 2017.

IT IS FURTHER ORDERED that Defendants shall respond to the Second Amended Complaint within 30 days after the entry of this Order.

DATED: <u>July 13, 2017</u>

_____
STEPHEN V. WILSON
United States District Judge

# EXHIBIT B

1 Travis Middleton
2 27 West Anapamu Street No. 153
Santa Barbara, California 93101
3 Travis_m_93101@yahoo.com
(805) 284-6562
4 Pro Se



RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Travis Middleton, Eric Durak, Jade Baxter, Julianna Pearce, Candyce Estave, Denise Michele Derusha, Melissa Christou, Andrea Lewis, Rachil Vincent, Don Demanlevesde, Jessica Haas, Paige Murphy, Lori Strantz, Anwanur Gielow, Lisa Ostendorf, JuliaAnne Whitney, Alice Tropper, Bret Nielsen, Brent Haas, Muriel Rosensweet, Marina Read,<br><br>Plaintiffs,<br><br>vs.<br><br>Richard Pan, Win-Li Wang, Martin Jeffrey "Marty" Block, Gerald A. "Jerry" Hill, Holly Mitchell, Catharine Baker, Christina Garcia, Adrin Nazarian, Jim Wood, Ben Allen, Kevin de Leon, Hannah-Beth Jackson, Jeff Stone, Richard Bloom, Bill Quirk, Lorena Gonzalez, Reginald Jones-Sawyer, Isadore Hall, Mark Leno, Bob Wieckowski, David Chiu, Evan Low, Anthony Rendon, Jim Beall, Robert Hertzberg, Mike McGuire, Lois Wolk, | Incorporated Case No.:<br>LA CV16-05224-SVW-AGR<br>VERIFIED SECOND AMENDED COMPLAINT FOR:<br><br>**1.** VIOLATION OF THE RACKETEERING INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO") 18 U.S.C. §§ 1961, 1962(a)(b)(c), 1964 (a)(c);<br><br>a). 1503-Obstruction of Justice<br>b). 1952-Racketeering<br>c). 1951- Extortion of Liberty Under Color of Official Right<br><br>**2.** Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971); 42 U.S.C. §§ 1983 & 1986<br><br>**3.** COMMON LAW JURISDICTION UCC 1-103.6<br><br>DEMAND FOR JURY TRIAL<br>REQUEST LEAVE TO AMEND |

2nd Amended R.I.C.O. Complaint, 7th Amendment Jury Trial Demanded- 1

Bruce Wolk, Jim Cooper, Mark Stone, )
Edmund G. Brown Jr., Anne Gust, )
Alicia G. Rosenberg, Jonathan E. Rich, )
Jacqueline Y. Young, Cara L. Jenkins, )
The State of California and DOES 1 )
through 10, )
)
  Defendants. )
*(Defendant Legislators are sued in their* )
*"Personal-Private" & official* )
*capacities)* )

# COMPLAINT

COMES NOW Plaintiffs, bringing this Incorporated Case, under the American Flag of peace, and states:

Ex rel.: for the people of the united states; "...But it is the manner of enforcement which gives Title 42 U.S.C. 1983 its unique importance, for the enforcement is placed in the hands of the people." Each citizen "acts as a private attorney general who takes on the mantle of the sovereign, guarding for all of us the individual liberties enunciated in the constitution." Section 1983 represents a balancing feature in our government structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special importance that suits brought under this statute be resolved by a determination of truth." Wood v. Breir, 54 F.R.D. 7, (1972).

Both statutes [RICO and Clayton Act] bring to bear the pressure of "private attorneys general" on a serious national problem for which public prosecutorial resources are deemed inadequate; the mechanism chosen to reach the objective in both the Clayton Act and RICO is the carrot of treble damages. [Agency Holding Corp. v. Malley-Duff & Associates][107 S.Ct. 2759, 483 U.S. 143, 151

2nd Amended R.I.C.O. Complaint, 7th Amendment Jury Trial Demanded- 2

CERTIFICATE OF SERVICE

This is to certify that I have on this 18th day of September, 2017 placed a true and correct copy of the:

PLAINTIFF'S **APPLICATION FOR DEFAULT BY CLERK AND DECLARATION IN SUPPORT THEREOF** in incorporated case No. 2:16-cv-05224-SVW-AGR at the below address, or by depositing the same in the U.S. Mails to, DIANE F. BOYER-VINE (SBN: 124182) Legislative Counsel, ROBERT A. PRATT (SBN: 137704) Principal Deputy Legislative Counsel, CARA L. JENKINS (SBN: 271432) Deputy Legislative Counsel Office of Legislative Counsel 925 L Street, Suite 700 Sacramento, California 95814 Telephone: (916) 341-8245 E-mail: cara.jenkins@lc.ca.gov, Attorneys for Defendants:
Assembly Member Catharine Baker, Assembly Member Richard Bloom, Assembly Member David Chiu, Assembly Member Jim Cooper, Assembly Member Cristina Garcia, Assembly Member Lorena Gonzalez, Assembly Member Reginald Jones-Sawyer, Assembly Member Evan Low, Assembly Member Adrin Nazarian, Assembly Member Bill Quirk, Assembly Member Anthony Rendon, Assembly Member Mark Stone, Assembly Member Jim Wood, Senator Ben Allen, Senator Jim Beall, Senator Marty Block, Senator Kevin de Leon, Senator Robert Hertzberg, Senator Mark Leno, Senator Isadore Hall, Senator Jerry Hill, Senator Hannah-Beth Jackson, Senator Mike McGuire, Senator Holly Mitchell, Senator Richard Pan, Senator Jeff Stone, Senator Bob Wieckowski, Senator Lois Wolk;

To: KAMALA D. HARRIS Attorney General of California, RICHARD T. WALDOW ELIZABETH S. ANGRES, Supervising Deputy Attorneys General; JONATHAN E. RICH (SBN 187386), ELIZABETH G. O'DONNELL (SBN 162453), JACQUELYN Y. YOUNG (SBN 306094), Deputy Attorneys General, 300 South Spring Street, Suite 1702, Los Angeles, CA 90013 Telephone: (213) 897-2439 Fax: (213) 897-2805, E-mail: Jonathan.Rich@doj.ca.gov Attorneys for Defendants Governor Edmund G. Brown, Jr., and the State of California.

AND; To: Marine Pogosyan, Clerk to Magistrate Judge Alicia G. Rosenberg, United States District Court Central District of California 312 North Spring Street Los Angeles, California 90012. **Certified Mail No.: 70161370000130208065.**

I declare under penalty of perjury that the above is true and correct.

*Travis Middleton*
Travis Middleton

27 West Anapamu St. #153
Santa Barbara, California [93101

- 11

Travis Middleton
c/o 27 West Anapamu #153
Santa Barbara, California [93101]

United States District Court Clerk
Central District of California
312 North Spring Street Room G-8
Los Angeles, CA 90012

RETURN RECEIPT REQUESTED

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 20 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

CERTIFIED MAIL
7016 1370 0001 3020 8065


