# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-05224-SVW-AGR | Date | September 27, 2017 |
| Title | *Travis Middleton, et al. v. Richard Pan, et al.* | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** In Chambers: DENYING PLAINTIFF'S APPLICATION FOR DEFAULT [144]

On September 20, 2017, Plaintiff filed an Application for Default, etc., (the "Application") seeking a default against defendant Alicia Rosenberg. Default is available only "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a).

The Application is defective for several reasons. The Application fails to show, by affidavit or otherwise, that the defendant's time to plead or otherwise defend has passed. *See* Fed. R. Civ. Proc. 55(a). Plaintiff has not demonstrated that proper service on the defendant was accomplished or provided any other basis to find that the defendant was required to respond to the complaint. In addition, the named defendant, Magistrate Judge Alicia Rosenberg, would be entitled to absolute judicial immunity from Plaintiff's claims. *See Mireles v. Waco*, 502 U.S. 9, 11-12 (1991). As such, the Application must be DENIED.

IT IS SO ORDERED.

Initials of Preparer    PMC