XAVIER BECERRA
Attorney General of California
JENNIFER M. KIM
ELIZABETH S. ANGRES
Supervising Deputy Attorneys General
ELIZABETH G. O'DONNELL (SBN 162453)
JONATHAN E. RICH (SBN 187386)
JACQUELYN Y. YOUNG (SBN 306094)
Deputy Attorneys General
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 897-2000
   Fax: (213) 897-2805
   E-mail: Elizabeth.ODonnell@doj.ca.gov
   E-mail: Jonathan.Rich@doj.ca.gov
   E-mail: Jacquelyn.Young@doj.ca.gov

*Attorneys for Defendants the State of California, Governor Edmund G. Brown, Jr., Anne Gust, and Deputy Attorneys General Jonathan E. Rich and Jacquelyn Y. Young*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Travis Middleton, et al.,**<br><br>                    Plaintiffs,<br><br>    v.<br><br>**Richard Pan, et al.,**<br><br>                    Defendants. | LA CV16-05224-SVW-AGR<br><br>**REPLY BRIEF BY DEFENDANTS STATE OF CALIFORNIA, GOVERNOR BROWN, ANNE GUST, AND DEPUTY ATTORNEYS GENERAL JONATHAN E. RICH AND JACQUELYN Y. YOUNG IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Courtroom: 10A (First Street Courthouse)<br>Judge: Hon. Stephen V. Wilson<br>Trial Date: None Set<br>Action Filed: July 15, 2016 |

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs have again filed "Refusals for Fraud" in lieu of an actual response to the many and varied procedural and substantive defects in Plaintiffs' claims against Defendants. *See* Pls.' Refusal for Fraud, ECF Nos. 142, 143. Similar to the Refusals for Fraud filed against Defendants' motions to dismiss Plaintiffs' First Amended Complaint (FAC) and against the Magistrate Judge's Report and Recommendation, Plaintiffs again file indecipherable Refusals for Fraud that fail to address any of the defects of their pleading. Accordingly, Defendants' motions to dismiss the Second Amended Complaint (SAC) should be granted, and this case should be dismissed with prejudice.

On July 13, 2017, the District Court Judge accepted the findings and recommendation of the Magistrate Judge and ordered Plaintiffs to file a SAC. Order Accepting the Magistrate Judge's Findings and Recommendation 1-2, ECF No. 135. Disregarding the Magistrate Judge's nineteen-page Report and Recommendation detailing the various defects in their pleading, Plaintiffs filed a SAC that is virtually identical to the FAC and simply repeats Plaintiffs' prior implausible claims, without any substantive amendment. In the SAC, Plaintiffs' Refusals for Fraud against Defendants' motions to dismiss the SAC and Plaintiffs' Refusal for Fraud against the Magistrate Judge's Minute Orders in Chambers, Plaintiffs fail to explain why their second attempt to articulate identical claims with identical allegations should be any more plausible now than when they were first alleged over a year ago.

Plaintiffs contend that they "have paid filing fees and costs to have their issues adjudicated by a certified trained judicial officer." Refusal for Fraud 10, ECF No. 142. However, paying filing fees is not enough to meet the Rule 8 requirements of plausible pleading. The SAC must allege "enough facts to state a claim to relief that is plausible on its face." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). While *pro se* pleadings are to be liberally construed, a *pro se* action should

be dismissed if, after careful consideration, the Court concludes that the allegations of the complaint disclose that no cognizable claim can be stated and that amendment would be futile. *Cato v. United States*, 70 F.3d 1103, 1196 (9th Cir. 1995). Plaintiffs' submissions in opposition to Defendants' motions to dismiss fail to establish the plausibility of their claims, and confirm that any amendment to their pleading would be futile. The only material change to their pleading has been the naming of the Magistrate Judge and counsel for the Defendants as defendants. Yet, instead of explaining how naming additional defendants corrects the defects in their pleading or addressing Defendants' immunity claims, Plaintiffs file baseless Refusals for Fraud and an absurd Application for Default against the Magistrate Judge. *See* Pls.' Application for Default, ECF No. 144.

Plaintiffs claim, without any legal of factual basis, that the "recommendations of dismissal of the … plaintiff's claims are erroneous as a matter of law." Refusal for Fraud 11, ECF No. 142. Yet, Plaintiffs fail to cite to any opposing authority.

Plaintiffs fail to refute any of the immunity claims asserted by Defendants. Restating a portion of the *Ex Parte Young* decision, Plaintiffs generally allege that the defendants have violated their oaths of office by attempting to enforce an unconstitutional statute and "none of the defendants can claim immunity from breach of their oaths of office the United States Constitution and the Bill of Rights." Refusal for Fraud 11, ECF No. 142. However, as discussed at length in Defendants' motions to dismiss and in the Magistrate Judge's Report and Recommendation, Plaintiffs' foundational claim, that Senate Bill 277 (SB 277) is unconstitutional, fails as a matter of both state and federal law.

SB 277 is a mandatory school vaccination statute aimed at serving the compelling state interest of protecting public health and safety against the spread of communicable and potentially fatal diseases. Its enactment was a narrowly tailored public health measure, not a conspiracy, and has been recognized as such for decades by the U.S. Supreme Court, the California Supreme Court, and every other

1 federal and state court that has considered the issue. Plaintiffs' conclusory and
2 unfounded beliefs that mandatory vaccination is unconstitutional falls far short of
3 the pleading threshold.
4     Because Plaintiffs have failed to plead a violation of their constitutional rights,
5 their conspiracy and racketeering claims also fail as a matter of law. Not only have
6 Plaintiffs failed to address how the SAC meets any of the pleading requirements for
7 civil conspiracy, but they have failed to explain how their claims can possibly
8 survive in the face of the unquestionable constitutionality of SB 277.
9     For the foregoing reasons, and for the reasons more specifically addressed in
10 Defendants' motions to dismiss and the Magistrate Judge's Report and
11 Recommendation, Defendants respectfully request that the Court dismiss Plaintiffs'
12 SAC, without leave to amend, and to dismiss this action with prejudice

Dated: September 28, 2017                            Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JENNIFER M. KIM
ELIZABETH S. ANGRES
Supervising Deputy Attorneys General
ELIZABETH G. O'DONNELL
JACQUELYN Y. YOUNG
Deputy Attorneys General

*/s/ Jonathan E. Rich*

JONATHAN E. RICH
Deputy Attorney General
*Attorneys for Defendants the State of California, Governor Edmund G. Brown, Jr., Anne Gust, and Deputy Attorneys General Jonathan E. Rich and Jacquelyn Y. Young*

LA2016602117
52639231.docx

3

# CERTIFICATE OF SERVICE

Case Name: **Middleton, et al. v. Pan et al.**     No. **2:16-cv-05224-SVW-AGR**

I hereby certify that on September 28, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPLY BRIEF BY DEFENDANTS STATE OF CALIFORNIA, GOVERNOR BROWN, ANNE GUST, AND DEPUTY ATTORNEYS GENERAL JONATHAN E. RICH AND JACQUELYN Y. YOUNG IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 28, 2017, I caused to be delivered the foregoing document(s) via email to Plaintiff Travis Middleton, by agreement with him, to the following address: Travis_m_93101@yahoo.com.

On September 28, 2017, I caused to be delivered the foregoing document(s) by first class mail to the following non-CM/ECF participants:

**SEE ATTACHED SERVICE LIST.**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2017, at Los Angeles, California.

| Jonathan E. Rich | /s/ Jonathan E. Rich |
|---|---|
| Declarant | Signature |

SERVICE LIST

| | |
|---|---|
| Travis Middleton<br>27 West Anapamu Street, No. 153<br>Santa Barbara, CA  93101 | Paige Murphy<br>2230 Memory Lane<br>West Lake Village, CA  91361 |
| Jade Baxter<br>207 West Victoria Street<br>Santa Barbara, CA  93101 | Bret Nielson<br>2230 Memory Lane<br>West Lake Village, CA  91361 |
| Melissa Christou<br>1522 Knoll Circle Drive<br>Santa Barbara, CA  93101 | Lisa Ostendorf<br>5459 Place Court<br>Santa Barbara, CA  93111 |
| Don Demanlevesde<br>618 West Ortega<br>Santa Barbara, CA  93111 | Julianna Pearce<br>28780 My Way<br>Oneals, CA  93645 |
| Denise Michelle Derusha<br>7125 Santa Ysabel, Apt. 1<br>Atascadero, CA  93422 | Murid Rosensweet<br>2230 Memory Lane<br>West Lake Village, CA  91361 |
| Eric Durak<br>133 Campo Vista Drive<br>Santa Barbara, CA  93111 | Marina Read<br>322 Pebble Beach Drive<br>Goleta, CA  93117 |
| Candyce Estave<br>430 East Rose Avenue<br>Santa Maria, CA  93454 | Lori Strantz<br>120 Barranca No. B<br>Santa Barbara, CA 93109 |
| Anwanur Gielow<br>390 Park Street<br>Buelton, CA  93427 | Alice Trooper<br>1805 Mountain Avenue<br>Santa Barbara, CA  93101 |
| Brent Haas<br>2715 Verde Vista<br>Santa Barbara, CA  93105 | Rachil Vincent<br>4320 Viua Presada<br>Santa Barbara, CA  93110 |
| Jessica Haas<br>2715 Verde Vista<br>Santa Barbara, CA 93105 | JuliaAnne Whitney<br>55 Chrestview Lane<br>Montecito, CA  93108 |
| Andrea Lewis<br>1331 Santa Barbara Street, No. 10<br>Santa Barbara, CA  93101 | |