# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-05224-SVW-AGR | Date | November 15, 2017 |
| Title | *Middleton v. Pearce* | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER TO SHOW CAUSE

Plaintiff Travis Middleton is ordered to show cause why Defendant Magistrate Judge Alicia Rosenberg should not be dismissed from the case because of judicial immunity. Plaintiff must file his response no later than 11/24/17.

IT IS SO ORDERED

Initials of Preparer

PMC