UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIDDLETON, et al., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD PAN, et al., <br><br> Defendant. | NO. CV 16-5224-SVW (AGR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge, and the document entitled "Refusal for Fraud" filed by Plaintiffs (which the court construes as objections). The Court accepts the findings and recommendation of the Magistrate Judge.

Plaintiffs argue that Eleventh Amendment immunity is limited to suits based on diversity jurisdiction and does not apply to suits brought against California when the plaintiffs are citizens of California. However, the United States Supreme Court has held that "a State's protection from suit to suits brought by the State's own citizens." *Idaho v. Coeur D'Alene Tribe*, 521 U.S. 261, 268 (1997) (citing *Hans v. Louisiana*, 134 U.S. 1 (1890)). Eleventh Amendment immunity applies "whether or not the suit

1 is based on diversity jurisdiction.  As a consequence, suits invoking the federal-
2 question jurisdiction of Article III courts may also be barred by the Amendment." *Id.*

      The remaining objections are without merit.

      IT IS ORDERED that the Defendants' motion to dismiss the Second Amended Complaint is granted and the Second Amended Complaint is dismissed with prejudice.

DATED: January 25, 2018

                      STEPHEN V. WILSON
                      United States District Judge