JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIDDLETON, et al., | NO. CV 16-5224-SVW (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| RICHARD PAN, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion to dismiss the Second Amended Complaint is granted and the entire action is dismissed with prejudice.

DATED: January 25, 2018

_____
STEPHEN V. WILSON
United States District Judge